Melchor **FUENTES PATRICIO,**
**Petitioner,**

v.

**IMMIGRATION AND NATURALIZATION SERVICE,**
**Respondent.**

Nos. 02–71826.

United States Court of Appeals, Ninth Circuit.

Argued and Submitted Aug. 13, 2003.

Decided Oct. 10, 2003.

---

* This panel unanimously finds this case suitable for decision without oral argument. See Fed. R.App. P. 34(a)(2).

** The Honorable Ronald B. Leighton, United States District Judge for the Western District of Washington, sitting by designation.

**956**

Before: WALLACE, HALL, and O'SCANNLAIN, Circuit Judges.

MEMORANDUM *

Except as otherwise discussed, we have jurisdiction over Patricio's timely filed petition for review under 8 U.S.C. § 1105a(a), and we affirm in part and dismiss in part. The Immigration Judge (IJ) correctly applied the stop-time rule to Patricio's application for suspension of deportation. *Ram v. INS*, 243 F.3d 510, 513 (9th Cir.2001). The IJ's denial of asylum and denial of withholding of deportation were supported by substantial evidence. *Arriaga–Barrientos v. INS*, 937 F.2d 411, 413 (9th Cir.1991). We lack jurisdiction to consider Patricio's I–130 petition because this issue was not raised before the IJ or the Board of Immigration Appeals. *Ortiz v. INS*, 179 F.3d 1148, 1153 (9th Cir.1999). We also lack jurisdiction to consider Patricio's alleged eligibility for class-action benefits, since this matter was not presented to the Board. *Id.*

The petition is DENIED.

---

* This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.

